■ In the Matter of W.O.W. LIQUORS INC., Petitioner, v STATE LIQUOR AUTHORITY, Respondent. — Proceeding pursuant to CPLR article 78 to review a determination of the New York State Liquor Authority dated April 2, 1984 which, after a hearing, found that petitioner had violated Alcoholic Beverage Control Law § 111 in that it permitted one Clarence Callis to avail himself of its license and imposed a penalty of (1) license cancellation and (2) bond forfeiture of $1,000.

Determination confirmed and proceeding dismissed on the merits, without costs or disbursements.

The State Liquor Authority's determination is supported by substantial evidence (*see, 300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176). Furthermore, the penalty imposed was not so disproportionate to the offense as to be shocking to one's sense of fairness (*see, Matter of Pell v Board of Educ.,* 34 NY2d 222). O'Connor, J. P., Rubin, Lawrence and Eiber, JJ., concur.